IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.:  TDC-20-0046 |
| **PAGE BOYD** | * | |

\* \* \* \* \*

## MOTION FOR DETENTION HEARING

Now comes Page Boyd, by and through undersigned counsel, and respectfully requests a detention hearing and to release Mr. Boyd to home detention with a suitable third-party custodian in light of the intensifying COVID-19 pandemic and the unique vulnerability of pre-trial detainees. In support of this motion, Mr. Boyd states the following:

1. Mr. Boyd is charged with Racketeering Conspiracy, in violation of 18 U.S.C. 1962(d) and Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. 846. His initial appearance was on February 10, 2020.

2. On February 13, 2020, Mr. Boyd consented to detention.  At that time, no suitable third party custodian could be located, and he could not return to his home because his fiancée, a co-defendant, had already been released and resided at that location.

3. Subsequently, Mr. Boyd's aunt, Tanya Fields, has expressed a willingness to serve in that capacity and allow Mr. Boyd to reside with her, subject to electronic home monitoring, while this matter is pending.  Mr. Boyd submits that she would be a suitable third party custodian.

4. Additionally, Mr. Boyd suffers from asthma.  He has been struggling with that condition during his time at the DC jail where he is housed, and his concerns have

only been exacerbated with the coronavirus pandemic that is sweeping through the nation. The DC jail where he is housed is ill-equipped to handle his medical concerns appropriately. There is grave concern that, based on the crowded and poor conditions at this facility, his health concerns put him at a greater risk than the majority of the jail population and his health will continue to deteriorate.

5. Consequently, Mr. Boyd now requests the Court's audience to present arguments in support of various conditions of release that could be fashioned to reasonably assure his appearance for trial while still maintaining the interests of community safety.

**WHEREFORE**, Mr. Boyd respectfully requests a detention hearing so he may articulate the reasons that he be granted reasonable conditions of release pending trial.

Respectfully submitted,

_____/s_____
Christopher C. Nieto, Esq, #30031
Nieto Law Office
1 North Charles Street, Suite 1301
Baltimore, MD 21201
Office: 443-863-8189
Attorney for Mr. White

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2020, a copy of the foregoing Motion for a Detention Hearing was electronically mailed to Burden Walker, Assistant United States Attorney.

_____/s/_____
Christopher C. Nieto, Esq.
Attorney for Mr. Boyd